**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 16-1236**

—————————

SHARON DYE,

                Plaintiff - Appellant,

      v.

U.S. BANK NATIONAL ASSOCIATION; WELLS FARGO, N.A.,

                Defendants - Appellees.

—————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:15-cv-00082-RJC)

—————————

Submitted: June 23, 2016        Decided: June 28, 2016

—————————

Before MOTZ, KING, and WYNN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Sharon Dye, Appellant Pro Se. John T. Benjamin, Jr., LAW OFFICE OF JOHN T. BENJAMIN, JR., PA, Raleigh, North Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Dye appeals the district court's order dismissing her civil action challenging the validity of a note underlying a state foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dye v. U.S. Bank Nat'l Ass'n, No. 3:15-cv-00082-RJC (W.D.N.C. Feb. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED